UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

**CIVIL ACTION NO. 16-290-DLB-HAI**

**ROBERT SPENCER**                                                 **PLAINTIFF**

vs.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

**MELISSA R. DIXON, et al.**                                    **DEFENDANTS**

\*\*\*     \*\*\*     \*\*\*     \*\*\*

This matter is before the Court upon the Recommended Disposition of United States Magistrate Judge Hanly A. Ingram, wherein he recommends that the Court dismiss Plaintiff's action for failure to comply with 28 U.S.C. § 1914 and the District Court Miscellaneous Fee Schedule. (Doc. # 12). No objections having been filed, and the time to do so having now expired, the Recommended Disposition is ripe for the Court's consideration. The Court having reviewed the Recommended Disposition, and concluding that it is sound in all respects,

**IT IS ORDERED** that the Recommended Disposition is **ADOPTED** as the Opinion of the Court, that Plaintiff's action is **DISMISSED** under 28 U.S.C. § 1914 and the District Court Miscellaneous Fee Schedule, and that the Clerk of Court is **directed to close this case**.

This 11th day of May, 2017.



K:\DATA\ORDERS\London\2016\16-290 Order Adopting R&R.wpd